# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA MILLING & MINING LLC,
                 Appellant,

vs.

CLARK COUNTY BOARD OF COUNTY
COMMISSIONERS,
                 Respondent.

NEVADA MILLING & MINING LLC,
                 Appellant,

vs.

CLARK COUNTY BOARD OF COUNTY
COMMISSIONERS,
                 Respondent.

No. 74312 **FILED**

MAR 05 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 75086

## *ORDER DISMISSING APPEALS*

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:

cc:    Hon. David M. Jones, District Judge
       Ara H. Shirinian, Settlement Judge
       Fennemore Craig, P.C./Las Vegas
       Clark County District Attorney/Civil Division
       Eighth District Court Clerk